PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EPHROM SHANE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-01105-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 29, 2023, up to and including October 30, 2023.  This is the Defendant's first request for an extension.

　　　Defendant makes this request in good faith and for good cause.  Due to workload and staffing concerns, Defendant had to reassign this matter to a new attorney, who has no prior familiarization with the case.  The extension is required to allow the new, undersigned attorney

time to review the record in this case and respond appropriately to Plaintiff's Motion for Summary Judgment. Defendant apologies to the Court and to Plaintiff for any inconvenience caused by this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 26, 2023         /s/ Harvey P. Sackett*
                                  (*as authorized via e-mail on September 26, 2023)
                                  Harvey P. Sackett
                                  Attorney for Plaintiff

Dated: September 26, 2023         PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Social Security Administration

                          By:     /s/ James Ki
                                  James Ki
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 30, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: September 27, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE